```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MARK SELIGER,                            :
                                         :
                        Plaintiff,       :     20cv2966 (DLC)
             -v-                         :
                                         :         ORDER
OATH, INC., a Delaware Corporation       :
individually and doing business as       :
"HuffPost"; and DOES 1-10, inclusive,    :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2020

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for today, July 24, 2020 at 4:00 p.m. shall occur today, **July 24, 2020** at **2:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:        888-363-4749
        Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.


Dated:   New York, New York
         July 24, 2020

                                     _____
                                           DENISE COTE
                                     United States District Judge