```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MARK SELIGER,                            :
                                         :
                      Plaintiff,         :     20cv2966 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
OATH, INC. a Delaware Corporation        :
individually and doing business as       :
"HuffPost"; and DOES 1-10, inclusive,    :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 28, 2020, the plaintiff filed a letter seeking an order to compel the defendants to produce certain evidence. The plaintiff also requested that a conference be held to discuss the matter. It is hereby

ORDERED that the defendants shall file a response to the plaintiff's letter by **Monday, January 4, 2021.**

IT IS FURTHER ORDERED that a telephone conference is scheduled for **Wednesday, January 6, 2021** at **11:00 a.m.** The parties shall use the following dial-in credentials for the conference:

```
          Dial-in:       (888) 363-4749
          Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          December 30, 2020

                                    _____
                                         DENISE COTE
                                  United States District Judge