

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

April 19, 2021

**DELIVERED VIA ECF**

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

        **Case Title:**    *Seliger v. Oath, Inc.*; 1:20-cv-02966
        **Re:**    **Request to Extend Dismissal Deadline**

Your Honor:

    As you know, our office represents Plaintiff Mark Seliger in this action. We write with consent of Defendant Oath, Inc. to respectfully request an extension of the deadline for dismissal. On March 17, 2021, the parties filed a Notice of Settlement with the court indicating that they intended to file a stipulation of dismissal with prejudice within 30 days. (Dkt. #37.) The following day, the Court issued an order of discontinuance. (Dkt. #38.)

    The reason for this request is that although the parties have finalized the terms of the settlement agreement, the parties need additional time to discharge certain obligations pursuant to the agreement. The parties respectfully request that the deadline to file the stipulation of dismissal with prejudice be extended by an additional 14 days, from April 19 to May 3, to allow time for this. This is the first request for an extension of the deadline for dismissal with prejudice.

    We thank Your Honor for your time and consideration of this request.

Respectfully submitted,

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs
Laura M. Zaharia
DONIGER / BURROUGHS
For the Plaintiff

Granted.
/s/ Denise Cote
4/20/21

1